IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LARRON SINGLETON,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendant. | Case No. 6:19-cv-00539-JCB-JDL |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that LARRON SINGLETON (the "Plaintiff") and DIVERSIFIED CONSULTANTS, INC. (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: February 6, 2020

Respectfully submitted,

**LARRON SINGLETON**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com