## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

LARRY SINGLETON,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

Case No. 6:19-cv-00539-JCB-JDL

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, LARRY SINGLETON and the Defendant DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant DIVERSIFIED CONSULTANTS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 23, 2020

LARRY SINGLETON

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, LTD.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mbadwan@sulaimanlaw.com

Respectfully Submitted,

DIVERSIFIED CONSULTANTS, INC.

*/s/ Charles R. Penot, Jr. (with consent)*
Charles R. Penot, Jr.
*Counsel for Defendant*
Sessions, Fishman, Nathan & Israel
900 Jackson Street, Suite 440
Dallas, Texas 75202
Phone: (214) 741-3009
cpenot@sessions.legal