# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

LARRY SINGLETON,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

Case No. 6:19-cv-00539-JCB-JDL

## ORDER OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff, LARRY SINGLETON, and Defendant, DIVERSIFIED CONSULTANTS, INC. having filed with this Court their Stipulation of Dismissal with Prejudice and the Court having reviewed the same, it is hereby ORDERED:

1. Defendant, DIVERSIFIED CONSULTANTS, INC., is hereby dismissed with prejudice.